**Original filed 8/16/06*

1

2

3

4

5

6

7

8                                   NOT FOR CITATION

9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12   KENNETH R. CALIHAN,                    )      No. C 05-2256 JF (PR)
                                            )
13                    Plaintiff,            )      ORDER OF DISMISSAL
                                            )
14        vs.                               )
                                            )
15   TOM KNOUBLACH, et. al.,                )
                                            )
16                    Defendants.           )
     _____    )
17

18        Plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C.

19   § 1983.  On March 22, 2006, the Court granted Plaintiff's motion to proceed in forma

20   pauperis.  On April 6, 2006, the Court's order was returned by mail as "undeliverable."

21   Plaintiff has not communicated with the Court since December 2005.

22        The Court may, without prejudice, dismiss a complaint or strike an answer when:

23   (1) mail directed to the attorney or the pro se party by the court has been returned to the

24   court as not deliverable, and (2) the court fails to receive within sixty days of this return a

25   written communication from the attorney or pro se party indicating a current address.  See

26   Civil L.R. 3-11(b); see also Carey v. King, 856 F.2d 1439, 1441 (9th Cir. 1988)

27   (affirming dismissal with prejudice of pro se prisoner's complaint for failing to notify

28   court of his change of address despite local rule providing that case be dismissed without

1   prejudice because any lesser sanction would impose affirmative obligation for district

2   courts to track down pro se prisoners).  Accordingly, the instant action is DISMISSED

3   without prejudice for Plaintiff's failure to notify the Court of his current address and

4   failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

5   The Clerk shall terminate any pending motions and close the file.

6        IT IS SO ORDERED.

7   DATED: ___ 8/16/06 _____

8                                    JEREMY FOGEL
                                     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    A copy of this ruling was mailed to the following:

2

3    Kenneth R. Calihan
     2004013604
     Contra Costa County Sheriff's Detention Facility
4    901 Court Street
     Martinez, CA  94553
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28